AUSA

FILED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Benjamin OCHOA-Ramirez,<br><br>    Defendant. | Magistrate Case No.: '08 MJ 8406<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about May 11, 2008, within the Southern District of California, defendant Benjamin OCHOA-Ramirez, did knowingly and intentionally import approximately 50.58 kilograms (111.28 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

MATHEW KELLEY
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH DAY OF MAY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

OCHOA-Ramirez, Benjamin

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation and information provided to Immigration & Customs Enforcement Special Agent Mathew Kelley.

On May 11, 2008, at approximately 0839 hours, Benjamin OCHOA-Ramirez entered the United States at the Calexico, California, West Port of Entry. OCHOA was the driver and sole occupant of a 1999 Ford Windstar.

OCHOA gave a negative customs declaration to primary Customs and Border Protection (CBP) Officer Gerhart. OCHOA appeared to CBP Officer Gerhart to be nervous due to his hand shaking when he handed him his border crossing card. OCHOA was also avoiding eye contact during the encounter. CBP Officer Gerhart noticed there was only one key present on the ignition key ring and only the vehicle registration was in the glove box. OCHOA stated the vehicle belonged to a friend. CBP Officer Gerhart referred OCHOA and the vehicle to the Vehicle Secondary Office.

During secondary inspection the vehicle was screened by a Canine Enforcement Officer and a Narcotics Detection Dog (NDD). The NDD alerted to the presence of the odor of drugs in the vehicle.

Secondary CBP Officer Parker received a negative Customs declaration from OCHOA. OCHOA informed CBP Officer Parker he was on his way to the Santo Thomas Swap Meet in Caleixco and the vehicle belonged to a friend. CBP Officer Parker stated OCHOA appeared to be nervous during the encounter.

During an intense inspection of the vehicle a total of fifty (50) packages was discovered concealed in the spare tire, dash board, passenger side front door, rear hatch back door and the rear side walls of the vehicle. One of the packages was probed by CBP Officer Parker, producing a green leafy substance, which field-tested

positive for marijuana. The 60 packages of marijuana had a combined net weight of approximately 50.58 kilograms (111.28 pounds).

OCHOA was placed under arrest and advised of his Miranda Rights, which he acknowledged and waived, agreeing to answer questions without an attorney present. OCHOA stated he was paid 200 pesos to drive the van to the Santo Thomas Swap meet, pick up an individual and return him to Mexico. OCHOA stated he has crossed into the United States in the van on two prior occasions. OCHOA denied knowledge of the marijuana contained in the vehicle.