```
                                                2008 MAY 21  PM 4:02

                                                     KMX
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1637 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| BENJAMIN OCHOA-RAMIREZ, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about May 11, 2008, within the Southern District of California, defendant BENJAMIN OCHOA-RAMIREZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 50.58 kilograms (111.28 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JPME:fer:Imperial
5/19/08

<u>Count 2</u>

On or about May 11, 2008, within the Southern District of California, defendant BENJAMIN OCHOA-RAMIREZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 50.58 kilograms (111.28 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney