```
                                                    FILED

                                                2008 JUL -7 PM 4:13

                                                CLERK US DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA

                                              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1637-WQH |
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ ORDER AUTHORIZING THE |
| **BENJAMIN OCHOA-RAMIREZ,** | ) | RE-WEIGH OF DRUGS SEIZED AND VIEWING OF VEHICLE |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the government permit the defense to re-weigh the drugs seized (with and without the packaging) and to view the vehicle seized.

**SO ORDERED.**

Date: 7/7/08

_____
HONORABLE WILLIAM Q. HAYES
United States District Court Judge