FILED

SEP 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>BENJAMIN OCHOA-RAMERIZ,<br><br>                              Defendant. | CASE NO. 08CR1637 WQH<br><br>VERDICT |

We, the jury in the above-entitled cause, find the Defendant Benjamin Ochoa-Rameriz:

_Guilty_____     of Importation of Marijuana, as charged in Count 1 of the Indictment.

_Guilty_____     of Possession of Marijuana with Intent to Distribute, as charged in Count 2 of the Indictment.

DATED: September _10_, 2008

_____
FOREPERSON OF THE JURY

- 1 -