UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### EXHIBIT LIST

CASE NAME:    UNITED STATES OF AMERICA v. BENJAMIN OCHOA-RAMIREZ
CASE NO.:     08CR1637-WQH

| NUMBER | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (Calexico West POE aerial) |
| 2 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (Calexico West POE primary) |
| 3 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (Calexico West POE secondary) |
| 4 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle side view) |
| 5 | SEP 0 9 2008 | | Report (CBP Officer Gerhart) |
| 6 | SEP 0 9 2008 | SEP 0 9 2008 | Registration |
| 7 | | | Multiple Inspection Referral slip |
| 8 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 9 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 10 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 11 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 12 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 13 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 14 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 15 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 16 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 17 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 18 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 19 | SEP 0 9 2008 | SEP 0 9 2008 | Photograph (vehicle) |
| 20 | SEP 0 9 2008 | | DVD (post-arrest interview) |
| 21 | SEP 0 9 2008 | | Transcript (post-arrest interview) |
| 22 | SEP 0 9 2008 | | Stipulation |

| NUMBER | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 23 | SEP 0 9 2008 | Demonstrative | Value Chart |
| 24 | SEP 0 9 2008 | SEP 0 9 2008 | TECS records |
| 25 | SEP 0 9 2008 | SEP 0 9 2008 | Samples of Marijuana |
| 21A | SEP 1 0 2008 | SEP 1 0 2008 | Redacted transcript ex 21 |